# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

CARVELL RICE,

      Petitioner

      v.

COURT OF COMMON PLEAS OF
PHILADELPHIA,

      Respondent

: No. 7 EM 2021
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 23rd day of April, 2021, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are GRANTED.

  The Court of Common Pleas of Philadelphia County is ORDERED to adjudicate Petitioner's pending matter within 90 days.

  The Prothonotary is DIRECTED to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County.